# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-025V
### (Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MARK CHIASSON, | |
| Petitioner, | |
| v. | Filed: December 21, 2016 |
| SECRETARY OF HEALTH AND HUMAN SERVICES | Decision on Attorneys' Fees and Costs |
| Respondent. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DECISION (ATTORNEYS' FEES AND COSTS)**

HASTINGS, *Special Master*

      In this case under the National Vaccine Injury Compensation Program,[1] I issued an Order Concluding Proceedings on October 14, 2016. On November 30, 2016, Petitioner filed an application for attorneys' fees and costs in this matter. Petitioner requests a total of $9,541.33, representing $7,746.00 for attorneys' fees, and $1,795.33 for attorneys' costs. In accordance with General Order #9, Petitioner's application indicates that Petitioner incurred no reimbursable costs in pursuit of his claim. On December 19, 2016, Respondent filed a statement indicating that Respondent does not object to the overall amount requested.

      I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2012).

- a lump sum of $9,541.33, in the form of a check payable jointly to Petitioner and Petitioner's counsel, David J. Schexnaydre, on account of services performed by counsel's law firm.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.